[No. 29129-1-II.  Division Two.  August 12, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. JEREMIAH JOESWELL COFFEY, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 01-1-00861-9, Frank Cuthbertson, J., entered August 1, 2002. *Remanded* by unpublished opinion per Quinn-Brintnall, A.C.J., concurred in by Houghton and Bridgewater, JJ.

[No. 29224-6-II.  Division Two.  August 12, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. CHRIS ALLEN WEDDLE, *Appellant*.

Appeal from a judgment of the Superior Court for Mason County, No. 00-1-00099-5, James B. Sawyer II, J., entered August 29, 2002. *Reversed* by unpublished opinion per Quinn-Brintnall, A.C.J., concurred in by Houghton and Bridgewater, JJ.

[Nos. 29394-3-II; 29414-1-II;  Division Two.  August 12, 2003.]
29410-9-II; 29404-4-II;
29400-1-II.

THE STATE OF WASHINGTON, *Respondent*, v. OTIS DAHMAN, *Appellant*.

Appeals from a judgment of the Superior Court for Mason County, No. 01-1-00005-5, James B. Sawyer II, J., entered September 19, 2002. *Reversed* by unpublished opinion per Quinn-Brintnall, A.C.J., concurred in by Houghton and Bridgewater, JJ.